KYLE M. FISHER (SBN 127334)
*kfisher@frigolaw.com*
JOHN N. MACLEOD (SBN 269073)
*jmacleod@frigolaw.com*
FRIEDEMANN GOLDBERG LLP
420 Aviation Boulevard, Suite 201
Santa Rosa, California  95403
Telephone:  (707) 543-4900
Facsimile:  (707) 543-4910

Attorneys for Plaintiff and Counterdefendant
MISSION NATIONAL BANK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MISSION NATIONAL BANK, a national banking association,<br><br>              Plaintiff,<br><br>     vs.<br><br>ST. PAUL MERCURY INSURANCE COMPANY,<br><br>              Defendant. | Case No. CV11 6336 YGR<br><br>HONORABLE YVONNE GONZALEZ ROGERS<br><br>**STIPULATION OF DISMISSAL**<br>AND ORDER |
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>              Counterclaimant,<br><br>     vs.<br><br>MISSION NATIONAL BANK, a national banking association,<br><br>              Counterdefendant. | |

{00232099.DOC;v1}

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including both the complaint and the counterclaim, be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: June 28, 2012     FRIEDEMANN GOLDBERG LLP

By: /s/ Kyle M. Fisher
KYLE M. FISHER
Attorneys for Plaintiff and Counterdefendant
MISSION NATIONAL BANK

DATED: July 10, 2012     LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ Kenneth D. Watnick
KENNETH D. WATNICK
Attorneys for Defendant and Counterclaimant
ST. PAUL MERCURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: July 16, 2012

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

{00232099.DOC;v1}                1
STIPULATION OF DISMISSAL