KYLE M. FISHER (SBN 127334)
*kfisher@frigolaw.com*
JOHN N. MACLEOD (SBN 269073)
*jmacleod@frigolaw.com*
FRIEDEMANN GOLDBERG LLP
420 Aviation Boulevard, Suite 201
Santa Rosa, California  95403
Telephone:  (707) 543-4900
Facsimile:  (707) 543-4910

Attorneys for Plaintiff and Counterdefendant
MISSION NATIONAL BANK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MISSION NATIONAL BANK, a national banking association,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ST. PAUL MERCURY INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. CV11 6336 YGR<br><br>HONORABLE YVONNE GONZALEZ ROGERS<br><br>**STIPULATION OF DISMISSAL**<br>　　AND ORDER |
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>　　　　　　　Counterclaimant,<br><br>　vs.<br><br>MISSION NATIONAL BANK, a national banking association,<br><br>　　　　　　　Counterdefendant. | |

{00232099.DOC;v1}

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including both the complaint and the counterclaim, be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: June 28, 2012                    FRIEDEMANN GOLDBERG LLP


                                        By: /s/ Kyle M. Fisher
                                            KYLE M. FISHER
                                            Attorneys for Plaintiff and Counterdefendant
                                            MISSION NATIONAL BANK

DATED: July 10, 2012                    LEWIS BRISBOIS BISGAARD & SMITH, LLP


                                        By: /s/ Kenneth D. Watnick
                                            KENNETH D. WATNICK
                                            Attorneys for Defendant and Counterclaimant
                                            ST. PAUL MERCURY INSURANCE
                                            COMPANY

Dated: July 16, 2012

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{00232099.DOC;v1}                           1
                        STIPULATION OF DISMISSAL